UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN KELEMEN and GAIL KELEMEN,   CASE NO.: 6:09-CV-1639-ORL-28-DAB

          Plaintiff,

vs.

PROFESSIONAL COLLECTION SYSTEMS,

          Defendant.
_____/

## VERDICT FORM

We, the Jury, return the following verdict:

### SECTION I- ALLEGATIONS

Part A: Fair Debt Collection Practices Act (FDCPA) Section 1692c(a)(2)

1. Did Stephen Keleman and Gail Keleman prove by the [greater weight/preponderance] of the evidence that Professional Collection Systems, violated Section 1692c(a)(2) of the FDCPA by communicating with Plaintiffs despite actual knowledge of Plaintiffs' representation by counsel?

   YES_____          NO_____

   *If you answered YES to Question 1, proceed to Question 2. If you answered NO, please proceed to Section III- Verdict Summary, mark "NOT LIABLE" for Part A, and return and answer Question 3.*

2. Did Professional Collection Systems prove by the preponderance of the evidence that the alleged violation of Section 1692c(a)(2) of the FDCPA was unintentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

   YES_____          NO_____

   *If you answered YES to Question 2, proceed to Section III- Verdict Summary and mark "NOT LIABLE," for Part A and return and answer Question 3. If NO, Please proceed to Verdict Summary and mark "LIABLE," for Part A and return and answer Question 3.*

Part B:  Fair Debt Collection Practices Act (FDCPA) Section 1692c(b)

    3.      Did Stephen Keleman and Gail Keleman prove by the [greater weight/preponderance] of the evidence that Professional Collection Systems, violated Section 1692c(b) of the FDCPA by communicating with persons other than them or their attorneys?

           YES_____                      NO_____

*If you answered YES to Question 3, proceed to Question 4.  If you answered NO, please proceed to Section III- Verdict Summary, mark "NOT LIABLE" for Part B, and return and answer Question 5.*

    4.      Did Professional Collection Systems prove by the preponderance of the evidence that the alleged violation of Section 1692c(b) of the FDCPA was unintentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

           YES_____                      NO_____

*If you answered YES to Question 4, proceed to Section III- Verdict Summary and mark "NOT LIABLE," for Part B and return and answer Question 5.  If NO, proceed to Verdict Summary and mark "LIABLE," for Part B and return and answer Question 5.*

Part C:  Fair Debt Collection Practices Act (FDCPA) Section 1692d

    5.      Did Stephen Keleman and Gail Keleman prove by the [greater weight/preponderance] of the evidence that Professional Collection Systems, violated Section 1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress or abuse the Plaintiffs?

           YES_____                      NO_____

*If you answered YES to Question 5, proceed to Question 6.  If you answered NO, please proceed to Section III- Verdict Summary, mark "NOT LIABLE" for Part C, and return and answer Question 7.*

    6.      Did Professional Collection Systems prove by the preponderance of the evidence that the alleged violation of Section 1692d of the FDCPA was unintentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

           YES_____                      NO_____

*If you answered YES to Question 6, proceed to Section III- Verdict Summary and mark "NOT LIABLE," for Part C and return and answer Question 7.  If NO, proceed to Verdict Summary and mark "LIABLE," for Part C and return and answer Question 7.*

Part D:  Fair Debt Collection Practices Act (FDCPA) Section 1692d(5)

7. Did Stephen Keleman and Gail Keleman prove by the [greater weight/preponderance] of the evidence that Professional Collection Systems, violated Section 1692d(5) of the FDCPA by causing the telephone to ring with the intent to annoy, harass or abuse the Plaintiffs?

    YES_____          NO_____

*If you answered YES to Question 7, proceed to Question 8.  If you answered NO, please proceed to Section III- Verdict Summary, mark "NOT LIABLE" for Part D, and return and answer Question 9.*

8. Did Professional Collection Systems prove by the preponderance of the evidence that the alleged violation of Section 1692d(5) of the FDCPA was unintentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

    YES_____          NO_____

*If you answered YES to Question 8, proceed to Section III- Verdict Summary and mark "NOT LIABLE," for Part D and return and answer Question 9.  If NO, proceed to Verdict Summary and mark "LIABLE," for Part D and return and answer Question 9.*

Part E:  Fair Debt Collection Practices Act (FDCPA) Section 1692e or 1692e(10)

9. Did Stephen Keleman and Gail Keleman prove by the [greater weight/preponderance] of the evidence that Professional Collection Systems, violated Section 1692e or Section 1692e(10) of the FDCPA by using false representations or deceptive means to collect a debt?

    YES_____          NO_____

*If you answered YES to Question 9, proceed to Question 10.  If you answered NO, please proceed to Section III- Verdict Summary, mark "NOT LIABLE" for Part E, and return and answer Question 11.*

10. Did Professional Collection Systems prove by the preponderance of the evidence that the alleged violation of Section 1692e or 1692e(10) of the FDCPA was unintentional and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error?

    YES_____          NO_____

*If you answered YES to Question 10, proceed to Section III- Verdict Summary and mark "NOT LIABLE," for Part E and return and answer Question 11.  If NO, proceed to Verdict Summary and mark "LIABLE," for Part E.*

## SECTION II: VERDICT SUMMARY

**Part A:   Section 1692c(a)(2), FDCPA**

_____ **LIABLE**                              _____ **NOT LIABLE**

**Part B:  Section 1692c(b)?**

_____ **LIABLE**                              _____ **NOT LIABLE**

**Part C:  Section 1692d?**

_____ **LIABLE**                              _____ **NOT LIABLE**

**Part D:  Section 1692d(5)?**

_____ **LIABLE**                              _____ **NOT LIABLE**

**Part E:  Section 1692e or 1692e(10)?**

_____ **LIABLE**                              _____ **NOT LIABLE**

## SECTION III –SIGNATURE OF FOREPERSON

Date: _____

_____
FOREPERSON