**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHEN KELEMEN, GAIL KELEMEN,**

      **Plaintiffs,**

-vs-                                     **Case No. 6:09-cv-1639-Orl-28DAB**

**PROFESSIONAL COLLECTION SYSTEMS,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on the Unopposed Motion to allow Electronic Equipment by Defendant (Doc. No. 59, filed February 3, 2011) and the Unopposed Motion to allow Electronic Equipment (Doc. No. 60, filed February 4, 2011) into the George C. Young United States Courthouse Annex as an exception to the Local Rules of this Court. The motions are **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Adam T. Hill and Ernest Kohlmyer, III |
| List of Device(s) Allowed: | Laptop computers and Cellular Telephones |
| Location(s) Where Device(s) Allowed: | Courtroom No. 6B |
| Date(s): | Trial commencing Monday, February 14, 2011 |

The person(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the Courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  7th  day of February, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party
Court Security Officer - First Floor

JOHN ANTOON II
United States District Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEPHEN KELEMEN, GAIL KELEMEN,**

      **Plaintiffs,**

**-vs-**     Case No. 6:09-cv-1639-Orl-28DAB

**PROFESSIONAL COLLECTION SYSTEMS,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on the Unopposed Motion to allow Electronic Equipment by Defendant (Doc. No. 59, filed February 3, 2011) and the Unopposed Motion to allow Electronic Equipment (Doc. No. 60, filed February 4, 2011) into the George C. Young United States Courthouse Annex as an exception to the Local Rules of this Court. The motions are **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Adam T. Hill and Ernest Kohlmyer, III |
| List of Device(s) Allowed: | Laptop computers and Cellular Telephones |
| Location(s) Where Device(s) Allowed: | Courtroom No. 6B |
| Date(s): | Trial commencing Monday, February 14, 2011 |

The person(s) authorized by this Order shall present a copy of this Order to security personnel each time that person enters the Courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  7th   day of February, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party
Court Security Officer - First Floor

JOHN ANTOON II
United States District Judge